1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DERRICK NEAL ROBINSON,                    No. 2:06-cv-02795-MCE-EFB-PS

12                Plaintiff,

13        v.                                   ORDER

14   HOME BOX OFFICE,

15                Defendant.

16   _____/

17        On May 22, 2007, the magistrate judge filed findings and recommendations herein which

18   were served on the parties and which contained notice that any objections to the findings and

19   recommendations were to be filed within ten days.  Plaintiff filed objections on May 29, 2007,

20   and they were considered by the district judge.

21        This court reviews de novo those portions of the proposed findings of fact to which

22   objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore

23   Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As

24   to any portion of the proposed findings of fact to which no objection has been made, the court

25   assumes its correctness and decides the motions on the applicable law.  See Orand v. United

26   States, 602 F.2d 207, 208 (9th Cir. 1979).

                                            1

The magistrate judge's conclusions of law are reviewed de novo.  See <u>Britt v. Simi Valley</u>
<u>Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing,
concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.
Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed May 22, 2007, are ADOPTED;

2. This action is dismissed; and,

3. The Clerk is directed to close the case.

Dated:  June 6, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE